**Vernon L. JONES, Jr., Appellant,**

v.

**Christy L. MORI, Respondent.**

**WD 78358**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 9, 2016

Mitzi Alspaugh, Kansas City, MO, Counsel for Appellant

Christy Mori, Raytown, MO, Respondent Acting Pro Se

Before Division Three: Victor C. Howard, P.J., Lisa White Hardwick, and James Edward Welsh, JJ.

### ORDER

Per Curiam:

Vernon L. Jones appeals from the circuit court's judgment granting him and Christy L. Mori joint physical custody of their minor child and granting Mori sole

legal custody of the minor child. We affirm. Rule 84.16(b).